UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BALDWIN PARK, a Municipal Corporation; STEVE MCLEAN, an individual; MANNY LOZANO, an individual; JEAN AYALA, an individual; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.  2:22-cv-01069-FLA-MAR<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANTS MANNY LOZANO AND JEAN AYALA AND AGAINST PLAINTIFF MATTHEW RODRIGUEZ** |

On March 8, 2024, Defendants Manny Lozano and Jean Ayala filed a Motion for Summary Judgment against Plaintiff Matthew Rodriguez. Dkt. 87. Having granted summary judgment in favor of Defendants Manny Lozano and Jean Ayala, the court hereby ORDERS judgment be entered in favor of Defendants Manny Lozano and Jean Ayala as to each and all of the remaining causes of action asserted by Plaintiff Matthew Rodriguez against Defendant Manny Lozano, i.e., the Sixth Cause of Action for Fraudulent Misrepresentation.  Plaintiff did not oppose the Summary Judgment Motion of Defendant Jean Ayala and agreed to dismiss the First, Second, and Third Causes of Action against Defendant Manny Lozano.  The court therefore grants judgment in favor

of Defendants Manny Lozano and Jean Ayala. and ORDERS that Plaintiff Matthew Rodriguez take nothing on his First Amended Complaint against Defendants Manny Lozano and Jean Ayala. The court FURTHER ORDERS that Defendant Manny Lozano is a prevailing party entitled to his costs under Federal Rule of Civil Procedure 54, to be taxed in a sum to be determined.

Dated: September 25, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge